1  Jordan S. Stanzler (State Bar No. 054620)
   STANZLER FUNDERBURK & CASTELLON LLP
2  180 Montgomery Street, Suite 1700
   San Francisco, CA 94104
3  Telephone: (415) 677-1450
   Facsimile: (415) 677-1476
4
   Attorneys for Plaintiffs
5

6

7                    UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 BETSILL BROTHERS CONSTRUCTION,  )  Case No. C 04-04284 JSW
   INC.,                          )
11                                )  [~~PROPOSED~~] ORDER GRANTING
                 Plaintiff,       )  PLAINTIFF'S MOTION FOR
12                                )  ADMINISTRATIVE RELIEF
         vs.                      )  REGARDING CASE MANAGEMENT
13                                )  CONFERENCE AND FILING OF JOINT
   JOSEPH LEE and YUKO S. NISHITANI-)  CASE MANAGEMENT STATEMENT
14 LEE, and DOES 1-100, inclusive, )
                                  )
15               Defendants.      )
                                  )
16 _____ )

17
   After consideration of this matter presented to the Court,
18
   IT IS HEREBY ORDERED THAT plaintiff's motion for administrative relief to take the
19
   case management conference off calendar a~~nd to close the file on this action at this time~~ is granted.
20
   ~~IT IS SO ORDERED~~. If Plaintiff is seeking to have this case be dismissed, Plaintiff
21 shall file a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).

22 IT IS SO ORDERED.

23
   Dated: June 2, 2003
24

25
                            /s/ Jeffrey S. White
26                         _____
                              Jeffrey S. White
27                         United States District Court Judge

28

                                    1
                               [~~PROPOSED~~] ORDER